**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | **ORDER** |
| One Black Acer Laptop Computer with ) | |
| Serial Number LXEBR0X0018421178EF1601 ) | |
| and One Black Dell Dimension Model Number ) | Case No.  4:09-mj-061 |
| 2400 Desktop Computer ) | |

_____

The search warrant was issued for the above-listed items on September 4, 2009.  An addendum to the search warrant directed that the search of the electronic device or storage media authorized by the search warrant was to be completed within ninety days.

On December 2, 2009, the Government filed a motion requesting additional time to complete the electronic search of the item listed in the search warrant.  Finding there to be good cause for an extension, the court **GRANTS** the Government's motion (Docket No.  5).  The Government shall have an additional sixty (60) days to complete the search of the above-listed items.

**IT IS SO ORDERED.**

Dated this 3rd day of December, 2009.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr.
United States Magistrate Judge